SINGER LLP
Benjamin L. Singer (Bar No. 264295)
bsinger@singerIP.com
Evan Budaj (Bar No. 271213)
ebudaj@singerIP.com
505 Montgomery St., Suite 1100
San Francisco, CA 94111
Telephone: (415) 500-6080
Facsimile: (415) 500-6080

*Attorneys for Plaintiff*
*Manehu Product Alliance, LLC*
*d/b/a MantelMount*

KNOBBE, MARTENS, OLSON & BEAR LLP
Brian C. Claassen (Bar No. 253627)
brian.claassen@knobbe.com
Daniel C. Kiang (Bar No. 307961)
daniel.kiang@knobbe.com
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

*Attorneys for Defendant Monoprice, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

MANEHU PRODUCT ALLIANCE, LLC d/b/a MANTELMOUNT,

Plaintiff,

v.

MONOPRICE, INC.,

Defendant.

CASE NO. 8:24-CV-02084 FWS (DFWX)

**VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(A)(1)(A)(II)**

Plaintiff Manehu Product Alliance, LLC d/b/a MantelMount ("MantelMount") and Defendant Monoprice, Inc. ("Monoprice") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, the Parties in this matter have reached a final settlement in this matter and have executed a settlement agreement;

WHEREAS, pursuant to that settlement agreement, the Parties wish to jointly dismiss this matter without prejudice;

WHEREAS, Federal Rule of Civil Procedure 41(a)(1)(A)(ii) permits plaintiff MantelMount to dismiss this action without prejudice without a court order by filing this stipulation of dismissal signed by all parties;

WHEREFORE, the Parties hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this matter be DISMISSED WITHOUT PREJUDICE, with each side to bear its own costs, attorneys' fees, and expenses.

Respectfully Submitted,

SINGER LLP

Date: June 4, 2026

By: */s/ Benjamin L. Singer*
Benjamin L. Singer
Attorney for Plaintiff
*Manehu Product Alliance LLC d/b/a MantelMount*

KNOBBE, MARTENS, OLSON & BEAR, LLP

Date: June 4, 2026

By: */s/ Daniel C. Kiang*
Daniel C. Kiang
*Attorney for Defendant Monoprice, Inc.*

**Attestation Regarding Signatures**

I, Benjamin L. Singer, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Date: June 4, 2026

*/s/ Benjamin L. Singer*
Benjamin L. Singer